## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: LEE ANNE RUST,   :   Case No.: 14-17346
:
       Debtor.   :   Chapter 13
:
:   HEARING DATE: June 5, 2018
:   HEARING TIME: 9:30 a.m.
:   HEARING PLACE: Courtroom No. 1
:   Third Floor, The Madison Building
:   400 Washington Street
:   Reading, PA 19601

## ORDER

AND NOW upon consideration of the Debtor's Motion to Modify a Confirmed Plan, it is hereby ORDERED that Debtor's Fourth Amended Chapter 13 Plan is hereby CONFIRMED.

_____
US Bankruptcy Judge Richard E. Fehling

cc:    Patrick J. Best, Esq.
       18 N 8th Street
       Stroudsburg, PA 18360

       Frederick Reigle, Trustee
       2901 St. Lawrence Ave.
       Reading, PA 19606