### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  LEE ANNE RUST, | : | Case No.: 14-17346 |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| | : | **HEARING DATE: June 5, 2018** |
| | : | **HEARING TIME: 9:30 a.m.** |
| | : | **HEARING PLACE: Courtroom No. 1** |
| | : | **Third Floor, The Madison Building** |
| | : | **400 Washington Street** |
| | : | **Reading, PA 19601** |

### NOTICE OF MOTION AND RESPONSE DEADLINE

Debtor, by and through her attorney, Patrick J. Best, Esquire, of ARM Lawyers, has filed a Motion to Modify a Confirmed Chapter 13 Plan with the court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the court to grant the relief sought in the motion of if you want the court to consider your views on the motion, then on or before **May 28, 2018**, you or your attorney must do the following:

   a.  File an answer explaining your position at

   Office of the Bankruptcy Clerk
   The Madison Building
   400 Washington Street
   Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

1

      b. Mail a copy of the Movant's attorney

      Patrick J. Best, Esquire
      18 N 8th Street
      Stroudsburg, PA 18360

2. If you or your attorney do not take the steps described I paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting relief requested in the motion.

3. If an Answer or other response is filed, a hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling <u>on June 5, 2018 at 09:30 a.m. in Courtroom Number 1, 3rd Floor, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, Pennsylvania, 19601</u>. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witness may testify with respect to disputed material factual issues in the matter directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at 610.208.5040 to find out whether the hearing has been cancelled because no one has filed an answer.

Date: <u>May 7, 2018</u>             /s/ <u>Patrick J. Best</u>, Esq.
                                                    ARM Lawyers
                                                    18 N 8th Street
                                                    Stroudsburg, PA 18360
                                                    Phone: 570.424.6899
                                                    Facsimile: 484.544.8625
                                                    Attorney for Debtor